hib_3015-3tr (8/2021)

NIMA GHAZVINI
Chapter 13 Standing Trustee
1050 Bishop Street #521
Honolulu, HI 96813
P: (808) 526-3083 F: (808) 531-8844
E: info@hi13trustee.com



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Debtor(s):
DAWSON E NENA

Chapter 13 Case No. 22-00571
Plan – Docket No. 2

# TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

Trustee objects to confirmation of the proposed plan because:

-The funding of the plan is speculative and fails to meet the requirements of 11 USC § 1326 (a)(1)(A) – Debtor(s) commenced this case on August 12, 2022 and currently propose to repay creditors at $435.00 for 60 months.  To date, the total amount due into the plan is $870.00 and the total amount paid is $435.00 – the current delinquent amount is $435.00, through October 18, 2022.

-Failure to provide full payment of all secured, priority, and special unsecured claims:

- Internal Revenue Service filed secured claim #5 for higher ($10,361.20) than scheduled ($100.00).
- Honolulu FCU filed secured claim #8 for higher ($23,959.90) than scheduled ($15,487.00).

The plan currently proposes a base amount of $26,100.00.  The amount needed to pay claims as filed, other listed governmental claims, related interest charges, and the cost of administration is estimated at $38,524.38.

## CERTIFICATE OF SERVICE

Trustee also certifies that a copy of this objection was served on the Office of the United States Trustee and the persons below by the court's electronic transmission facilities (ECF) or first-class mail.

Dated:  10/18/2022          /s/ Veronica Valdez

Attorney for Debtor(s):
ABELMANN PETERSON LLLC
E-mail:  lars@abelmannlaw.com
VIA CM/ECF

Debtor(s):
DAWSON E NENA
401 N VINEYARD BLVD.  #110
HONOLULU, HI 96817