H9022 (12/15)

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dawson E Nena** | **United States Bankruptcy Court** |
| | Name | **District of Hawaii** |
| Debtor 2 (Spouse, if filing) | Name | Case number: **22–00571** |
| | | Chapter: **13** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Confirming Chapter 13 Plan (related document(s)2 Chapter 13 Plan, [5] Request for Valuation of Secured Claim). Date of Entry: 11/2/2022. (LL)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: November 2, 2022

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk