H3015tx (04/23)

| Information to identify the case: | |
|---|---|
| Debtor 1 **Dawson E Nena** Name | United States Bankruptcy Court District of Hawaii |
| Debtor 2 (Spouse, if filing) Name | Case number: **22–00571** Chapter: **13** |

# NOTICE TO CHAPTER 13 DEBTORS

THIS NOTICE IS A REMINDER. DISREGARD IT IF YOU HAVE COMPLIED WITH THESE REQUIREMENTS.

Your Chapter 13 Plan may require that each year of your plan's duration, you must submit copies of your Federal and State tax returns and pay tax refunds to the Trustee.

## TAX RETURNS – FEDERAL AND STATE

**TAX RETURNS** are the forms you file with the IRS and Hawaii State Tax Collector. Each year you must send copies of your tax returns to your attorney, or you may mail them to:

Nima Ghazvini, Chapter 13 Trustee
1050 Bishop Street, #521
Honolulu, HI 96813

## TAX REFUNDS

**TAX REFUNDS** are the funds (check or direct deposit to your bank account) you get back from the taxing authorities. If your plan requires you to pay your refunds to the Trustee in addition to your regular plan payments, send a cashier's check, money order, or personal check made payable to:

Nima Ghazvini, Chapter 13 Trustee
P.O. Box 1251
Memphis, TN 38101–1251

If you use TFS to make your monthly payments to the Trustee, you may remit your refunds using your TFS account.

DO NOT SEND ANY TAX RETURNS OR TAX REFUNDS TO THE COURT.

IMPORTANT: If you do not comply with your obligations regarding tax returns and tax refunds, your case may be dismissed, and you will not receive a discharge. For any questions about these obligations, please contact your attorney. You may also visit the Trustee's website for more information: www.hi13trustee.com.

Date: April 21, 2023

Michael B. Dowling
Clerk